Argued and submitted September 30, affirmed November 4, 1998, petition for review dismissed March 2, 1999 (328 Or 331)

In the Matter of the Compensation of
Karen L. Gallimore, Claimant.

## LABOR READY, INC.,
*Petitioner,*

*v.*

## Karen L. GALLIMORE,
*Respondent.*

(96-07968; CA A100462)

966 P2d 832

━━━━━━━━━━━━━━━━━━━━━━

Ridgway K. Foley, Jr., argued the cause for petitioner. With him on the brief were Greene & Markley, P.C., Ridgway K. Foley, Jr., P.C., Scott F. Gilman, and Breathouwer & Gilman.

Robert W. Pardington argued the cause for respondent. With him on the brief was Pozzi Wilson Atchison LLP.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Linder, Judge.

PER CURIAM

Affirmed. *SAIF v. Falconer*, 154 Or App 511, 963 P2d 50 (1998).

De Muniz, P. J., dissenting.

**DE MUNIZ, P. J.,** dissenting.

In *SAIF v. Falconer*, 154 Or App 511, 963 P2d 50 (1998), this court held that a stiff neck is compensable as a mental disorder under ORS 656.802, the occupational disease law. I dissented in *Falconer* because there was no evidence that the medical or psychological community recognizes a stiff neck as a mental disorder, as required by ORS 656.802(3)(c).

Here, the majority now holds, on the basis of *Falconer*, that a herniated disc is a mental disorder. That is an extraordinary conclusion. For the reasons I dissented in *Falconer*, I dissent here.